**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

MARK PEARLMAN,

    Plaintiff,

vs.                                          CASE NO. 4:07-CV-450-SPM/WCS

CITY OF TALLAHASSEE

    Defendant.

_____/

## ORDER REMANDING CASE TO STATE COURT

**THIS CAUSE** comes before the Court upon the "Joint Motion to Remand Entire Case to State Court" (doc. 18). The Parties represent that because this Court is prohibited from hearing the Florida Workers' Compensation claim, that both that state claim and the accompanying Title VII claim should be litigated in Florida State Court. Therefore, for good cause shown, it is **ORDERED AND ADJUDGED** as follows:

1. The joint motion to remand (doc. 18) is hereby *granted*.
2. The clerk shall immediately take all steps necessary to effect the remand of this case to the Second Judicial Circuit Court in Leon County, Florida
3. All pending motions are *denied* as moot.

**DONE AND ORDERED** this <u>seventh</u> day of December, 2007.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge